[No. 1845-1.    Division One.    January 28, 1974.]

ROBIN MESMAN, *Respondent*, v. FREDERICK MESMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 32670, Harry A. Follman, J., entered July 3,

1012

1972. *Remanded* by unpublished opinion per James, J., concurred in by Horowitz and Farris, JJ.